## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:

AUDIE R. GOLDEROS CABALLERO
MINERVA VALENTIN CRESPO
DEBTOR(S)

CASE NO: 11-01461 BKT

CHAPTER 13 (ASSET CASE)

## MOTION TO CONSIGN FUNDS AND REQUEST ORDER DIRECTED
## TO BANCO POPULAR DE PUERTO RICO
## TO ACCEPT CURRENT MONTHLY MORTGAGE PAYMENT

**TO THE HONORABLE COURT:**

COMES NOW, Debtor(s) respondent(s) represented by the undersigned counsel and respectfully Allege(s) and Pray(s) as follows:

1. That debtor herewith submits current payments to creditor Banco Popular de Puerto Rico in the sum of $770.00 corresponding for current payments returned by Banco Popular de Puerto Rico to debtor. *Attached is copy of said payment.*

**WHEREFORE,** it is respectfully requested that this Honorable Court takes notice of the afore stated and Order RG Mortgage to accept the current monthly payments by Debtor.

In San Juan, Puerto Rico, this 8th day of March 2011.

**RESPECTFULLY SUBMITTED.**

**/s/ Marilyn Valdes Ortega**
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 19559
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail valdeslaw@prtc.net

ORIGINAL HAS A COLORED BACKGROUND. A SIMULATED WATERMARK ON THE BACK AND MICROPRINTING ON BORDER

**R-G PREMIER BANK**
OF PUERTO RICO
TRUJILLO ALTO BRANCH
HWY Trujillo Alto Shopp. Center
Trujillo Alto, P.R. 00976

**MONEY ORDER**

NOTICE TO CUSTOMERS
A DECLARATION OF LOSS FORM MUST BE COMPLETED BEFORE ANY MONEY ORDER OF THIS BANK WILL BE REPLACED OR REFUNDED. NO ACTION CAN BE TAKEN UNTIL THE 90TH DAY FOLLOWING THE ISSUE DATE OF THE CHECK.

150494819

102-7286/2215

DATE March 8, 2011

PAY SEVEN HUNDRED SEVENTY AND 00/100     $770.00

TO THE ORDER OF *Clerk of the Bankruptcy Court*

*[signature]*

Remitter Name

11-01461

Void if over $1,000    Address

SDSA155032    ⑆150494819⑆ ⑈221572867⑈ ⑆080900016 9⑆

VOID VOID VOID

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01461-BKT13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA (DAT)
aorecf@ch13sju.com, aorecf2@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor NELSON VILLANUEVA HERNANDEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-01461-BKT13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

AT&T
PO BOX 15067
SAN JUAN, PR  00902-8567

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR  00936-6818

CHRYSLER FINANCIAL
PO BOX 9001921
LOUSVILLE, KY  40290-1921

CINGULAR WIRELESS
P.O. BOX 192830
SAN JUAN, PR  00919-5369

COMMOLOCO
P.O. BOX 1168
ST JUST, PR  00978-1168

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

DEPARTMENT OF VETERANS AFFAIRS
PO BOX 530269
ATLANTA, GA  30353-0269

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST BANK PUERTO RICO
BANKRUPTCY DIVISION
PO BOX 9146
SANTURCE, PR  00908-0146

FIRSTBANK
PO BOX 9146
SAN JUAN, PR  00908-0146

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

PR ACQUISITIONS LLC
AMERICAN INTL BUILDING
250 MUNOZ RIVERA AVENUE SUITE 1200
SAN JUAN, PR  00918