# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

AUDIE RANDOLPH GOLDEROS CABALLI  
MINERVA IRIS VALENTIN CRESPO

Case No. 11-01461-BKT  
Chapter 13  
Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [✓] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se  
[ ] Substitute _____

Date: March 30, 2011  
Time: 11:25 AM   Track: _____  
[✓] This is debtor(s) 2nd Bankruptcy filing.  
Liquidation Value: _____  
Creditors  
— none —

### II. Oath Administered
[ ] Yes   [✓] No

### III. Documents Filed/Provided

[✓] Schedules  
[✓] Statement of Financial Affairs (SOFA)  
[✓] Statement of Current Monthly Income (SCMI)  
[✓] Credit counseling briefing certificate (CCC)  
    [ ] Waiver requested by debtor(s)  
[ ] DSO Certificate

[ ] DSO Recipient's information  
[ ] State Tax Returns _____ [ ] Returned  
[ ] Federal Tax Returns _____ [ ] Returned  
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting
[ ] Closed   [ ] Not Held   [✓] Continued 5/12/11 at 8:00 am.

### V. Trustee's Report on Confirmation
[ ] FAVORABLE  
[ ] UNFAVORABLE

[ ] Feasibility  
[ ] Insufficiently funded  
[ ] Unfair discrimination  
[ ] Fails liquidation value test  
[ ] Fails disposable income test (I & J)  
[ ] No provision for secured creditor(s)  
_____  
_____  
[ ] Treat value of collateral separately  
[ ] No provision for insurance  
[ ] Tax returns missing  
    [ ] State - years _____  
    [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)  
[ ] Evidence of income  
    [ ] Missing   [ ] Incomplete  
[ ] Stmt. of Current Monthly Income  
    [ ] Incomplete   [ ] Missing  
    [ ] Fails commitment period   [ ] Fails Disp. Income  
[ ] Certificate of Credit briefing  
    [ ] Missing   [ ] More than 180 days  
    [ ] Issuer not certified by U.S.T.  
[ ] Incomplete schedules  
[ ] Incomplete S.O.F.A.  
[ ] Other: _____

In re:

AUDIE RANDOLPH GOLDEROS CABALLI
MINERVA IRIS VALENTIN CRESPO

Case No. 11-01461-BKT
Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

**VI. Plan**  (Cont.)
Date: February, 25, 2011   Base $ 25,500.00   [X] Filed   Evidence of Pmt shown: _____
Payments __1__ made out of __1__ due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** April, 29, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 196.00 = $ 2,804.00

**IX. Documents to be provided w/in ____ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____
_____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor   [ ] Joint debtor
[ ] Other:

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
  [ ] Monthly reports for the months
_____

[ ] Public Liability Insurance
  [ ] Premises _____
  [ ] Vehicle(s) _____
[ ] Licenses issued by:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

① Amended B, I, J + plan ; recently filed (yesterday); meeting continued for this reason.

_____  Date: March 30, 2011
Trustee/Presiding Officer
(Rev.