IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AUDIE R. GOLDEROS CABALLERO
MINERVA I. VALENTIN CRESPO
DEBTOR(S)

CASE NUM.: 11-01461 BKT

CHAPTER 13 (ASSET CASE)

Amended
DEBTOR'S OBJECTION TO CLAIM #2-1 FILED
BY PR ACQUISITIONS, LLC.

**TO THE HONORABLE COURT:**

**COMES NOW** debtor represented through its undersigned counsel and respectfully, alleges and prays:

Pursuant to Rules 3001(d) & 3007 F.R.B.P., debtor herein submit an opposition to the allowance fo claim #2-1 filed by PR Acquisitions, LLC. based on the following grounds:

1. On March 3rd, 2011, filed a secured Claim for $13,592.93 dollars.

2. In the prior bankruptcy PR Acquisitions, LLC filed a secured claim for 12,971.11 and received from the Trustee $3,100.63 for a secured balance of $9,870.48. **Enclosed please file find evidence of Trustee disbursement and on claim on prior bankrupcy. Exhibit I and II.**

3. Debtor represents that the secured balance owed to PR Acquisitions is $9,870.48.

MINERVA I. VALENTIN CRESPO
CASE NO. 11-01461 BKT
PAGE NO. 2
DEBTOR'S OBJECTION TO CLAIM

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may – in its discretion – schedule a hearing.

**WHEREFORE** debtor respectfully requests of this Honorable Court to grant the present OBJECTION, therefore Claim #2-1 filed by PR Acquisitions, LLC. to be allowed in the secured portion of $9,870.48 and the rest of the claim to be disallowed.

In San Juan, Puerto Rico, this 7th day of April 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail.valdeslaw@prtc.net



**FINANCIAL SUMMARY - CASE 08-08073**

AUDIE RANDOLPH GOLDEROS CABALLERO paying **$425.00** MONTHLY

Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All

Limits: Select Start Date   Select Claim ID   PR ACQUISITIONS LLC   Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|---|---|---|---|---|---|---|---|
| 2/1/2011 | 3 | PR ACQUISITIONS LLC | 2061056 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $259.34 | |
| 1/4/2011 | 3 | PR ACQUISITIONS LLC | 2059573 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $518.67 | |
| 10/1/2010 | 3 | PR ACQUISITIONS LLC | 2054511 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $259.33 | |
| 7/1/2010 | 3 | PR ACQUISITIONS LLC | 2049465 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $515.82 | |
| 3/2/2010 | 3 | PR ACQUISITIONS LLC | 2042989 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $515.82 | |
| 2/2/2010 | 3 | PR ACQUISITIONS LLC | 2041599 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $515.82 | |
| 12/1/2009 | 3 | PR ACQUISITIONS LLC | 2038948 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $257.92 | |
| 10/1/2009 | 3 | PR ACQUISITIONS LLC | 2035186 | CREDITOR PAYMENT (PRINCIPAL) - MONTHLY DISBURSEMENTS | | $257.91 | |
| | | | | Totals: | $0.00 | $3,100.63 | |

Print Page   Printer Friendly

| UNITED STATES BANKRUPTCY COURT | District of Puerto Rico | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor:<br>Audie Golderos Caballero | Case Number:<br>08-08073 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Chrysler Financial** | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br>PO Box 195286<br>San Juan, PR 00919-5286 | **Court Claim Number:** _____<br>(*If known*) |
| Telephone number:<br>(787) 622-6736 | Filed on: _____ |
| Name and address where payment should be sent (if different from above):<br>Same as above.<br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:** $ 12,971.11

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** auto loan
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate  ☑ Motor Vehicle  ☐ Other
   **Describe:**

   **Value of Property:** $_____   **Annual Interest Rate** ___ %

   Amount of arrearage and other charges as of time case filed included in secured claim,
   **if any:** $ 1,991.44   **Basis for perfection:** _____

   **Amount of Secured Claim:** $ 12,971.11   **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date:<br>12/19/2008<br><br>/s/ Jisselle Avilés | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01461-BKT13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA (DAT)
aorecf@ch13sju.com, aorecf2@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor NELSON VILLANUEVA HERNANDEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-01461-BKT13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR  00936-4508

AT&T
PO BOX 15067
SAN JUAN, PR  00902-8567

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR  00936-6818

CHRYSLER FINANCIAL
PO BOX 9001921
LOUSVILLE, KY  40290-1921

CINGULAR WIRELESS
P.O. BOX 192830
SAN JUAN, PR  00919-5369

COMMOLOCO
P.O. BOX 1168
ST JUST, PR  00978-1168

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR  00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR  00918

DEPARTMENT OF VETERANS AFFAIRS
PO BOX 530269
ATLANTA, GA  30353-0269

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR  00902-0192

FIRST BANK PUERTO RICO
BANKRUPTCY DIVISION
PO BOX 9146
SANTURCE, PR  00908-0146

FIRSTBANK
PO BOX 9146
SAN JUAN, PR  00908-0146

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR  00919-5369

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC  29603-0587

PR ACQUISITIONS LLC
AMERICAN INTL BUILDING
250 MUNOZ RIVERA AVENUE SUITE 1200
SAN JUAN, PR  00918