IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AUDIE R. GOLDEROS CABALLERO
MINERVA I. VALENTIN CRESPO
DEBTOR(S)

CASE NUM.: 11-01461 BKT

CHAPTER 13 (ASSET CASE)

DEBTOR'S OBJECTION TO CLAIM #1-1 FILED
BY PR ADQUISITIONS, LLC

TO THE HONORABLE COURT:

**COMES NOW** debtor represented through its undersigned counsel and respectfully objects proof of claim number 1-1 filed by PR Acquisitions, LLC in the amount of $4,139.78 and assigns the following reasons for the same:

1. The proof of claim does not comply with Federal Rule of Bankruptcy Procedure 3001(c) because on an alleged auto deficiency, but no supporting documents are attached to the proof of claim.
2. The proof of claim filed fails to provide account transaction summary or other information that would show how the total amount claimed has been calculated. An itemization of the principal balance of the debt, interest and other charges (if any) is not attached to the proof of claim, as required by the instructions to Official Form 10.
3. The only document attached to the claim form is a "Bill of Sale and Assignment of Assets", which fails to provide any information related to the alleged debt.
4. Debtor has not listed the claim, and does not acknowledge it.

```
ANGEL L. COLAZO SBALLERO
MINERVA I. VALENTIN CRESPO
CASE NO. 11-01461 BKT
PAGE NO. 2
DEBTOR'S OBJECTION TO CLAIM
```

5. PR Acquisitions, LLC is a debt buyer that has filed an undocumented, unsubstantiated proof of claims. Filed its claims, in violation of Federal Rule of Bankruptcy Procedure 3001(c).

**WHEREFORE** debtor respectfully requests of this Honorable Court to disallow the proof of claim filed by PR Acquisitions, LLC., and order such other and further relief as is just and proper.

**NOTICE:** Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the objection will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the court, the interest of justice requires otherwise. If you file a timely response, the court may - in its discretion - schedule a hearing.

In San Juan, Puerto Rico, this 8th day of June 2011.

**RESPECTFULLY SUBMITTED.**

*/s/ Marilyn Valdes Ortega*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O. Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail.valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**11-01461-BKT13 Notice will be electronically mailed to:**

MONSITA LECAROZ ARRIBAS
ustpregion21.hr.ecf@usdoj.gov

ALEJANDRO OLIVERAS RIVERA (DAT)
aorecf@ch13sju.com, aorecf2@ch13sju.com

MARILYN VALDES ORTEGA on behalf of Debtor NELSON VILLANUEVA HERNANDEZ
valdeslaw@prtc.net

**I HEREBY CERTIFY:** That I have mailed by regular mail to all creditors listed.

**11-01461-BKT13 Notice will not be electronically mailed to:**

AEELA
PO BOX 364508
SAN JUAN, PR   00936-4508

AT&T
PO BOX 15067
SAN JUAN, PR   00902-8567

BANCO POPULAR DE PR
PO BOX 366818
SAN JUAN, PR   00936-6818

CHRYSLER FINANCIAL
PO BOX 9001921
LOUSVILLE, KY   40290-1921

CINGULAR WIRELESS
P.O. BOX 192830
SAN JUAN, PR   00919-5369

COMMOLOCO
P.O. BOX 1168
ST JUST, PR   00978-1168

DEPARTAMENTO DE HACIENDA
PO BOX 9024140
OFICINA 424 B
SAN JUAN, PR   00902

DEPARTAMENTO DEL TRABAJO
AVE. MUÑOZ RIVERA 505
HATO REY, PR   00918

DEPARTMENT OF VETERANS AFFAIRS
PO BOX 530269
ATLANTA, GA   30353-0269

FEDERAL LITIGATION DEPT OF JUSTICE
PO BOX 9020192
SAN JUAN, PR   00902-0192

FIRST BANK PUERTO RICO
BANKRUPTCY DIVISION
PO BOX 9146
SANTURCE, PR   00908-0146

FIRSTBANK
PO BOX 9146
SAN JUAN, PR   00908-0146

ISLAND FINANCE
PO BOX 195369
SAN JUAN, PR   00919-5369

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC   29603-0587

PR ACQUISITIONS LLC
AMERICAN INTL BUILDING
250 MUNOZ RIVERA AVENUE SUITE 1200
SAN JUAN, PR   00918