IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AUDIE RANDOLPH GOLDEROS CABALLERO

MINERVA IRIS VALENTIN CRESPO

DEBTOR(S)

CASE NO 11-01461-BKT

CHAPTER 13

### TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 30, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: To be determined

AMENDED PLAN DATE: August 01, 2011    PLAN BASE: $35,375.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 8/4/2011

☐ FAVORABLE    [X] UNFAVORABLE

1. ☐ FEASIBILITY 11 USC § 1325(a)(6):

2. [X] INSUFFICIENTLY FUNDED § 1325(b):
   to pay 100% plus 4.25% of legal interest to all general unsecured that filed timely.

3. ☐ UNFAIR DISCRIMINATION § 1322(b):

4. ☐ FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. ☐ FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. ☐ DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:
   Pending: 1) amend sched B to include 2005 Kia Rio and provide value and also to include joint debtor's interest in property at Rivieras de Cupey and provide widow usufruct; 2) amend B to exclude real property at Fairview from inheritance listed disclosed; 3) provide insurance quote.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$196.00/$2,804.00

Atty: MARILYN VALDES ORTEGA*

/s/ Osmarie Navarro Martínez

Osmarie Navarro Martínez
USDC # 222611
For:
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062